UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:04CR629 RWS |
| ANTHONY COLEMAN, | ) | |
| Defendant. | ) | |

## **ORDER**

At the request of counsel for the government and for good cause shown,

**IT IS HEREBY ORDERED** that the government's request to continue sentencing is granted and sentencing of defendant is continued to April 21, 2006, at 10:00 a.m.

```
_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE
```

Dated this 15th day of February, 2006.